# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4343
_____

VICTOR HICKS,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, JULIE L. JONES,

Respondent.

_____

Petition for Writ of Mandamus–Original Jurisdiction.

November 9, 2018

PER CURIAM.

DENIED.

WETHERELL, MAKAR, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Victor Hicks, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, and Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.